**90–427.** State v. Alexander. *Mahoning County*, No. 88 C.A. 218. Reported at 52 Ohio St.3d 701, 556 N.E.2d 525. On motions for rehearing and for stay. Motions denied.

**90–1717.** State ex rel. Johnson v. Hunter. *Cuyahoga County*, No. 59570. Reported at 64 Ohio St.3d 243, 594 N.E.2d 614. On motion for rehearing. Rehearing denied.

**90–2480.** State ex rel. Evans v. Indus. Comm. *Franklin County*, No. 88AP–984. Reported at 64 Ohio St.3d 236, 594 N.E.2d 609. On motion for rehearing. Rehearing denied.
RESNICK, J., dissents.

**91–401.** State ex rel. LTV Steel Co. v. Gwin. In Prohibition. Reported at 64 Ohio St.3d 245, 594 N.E.2d 616. On motion for rehearing. Rehearing denied.
On motion for relief from judgment and for new trial. Motion denied.

**91–963.** State v. Carter. *Hamilton County*, No. C–890513. Reported at 64 Ohio St.3d 218, 594 N.E.2d 595. On motion for rehearing. Rehearing denied.

**91–1412.** Provens v. Stark Cty. Bd. of Mental Retardation & Developmental Disabilities. *Stark County*, No. CA–8269. Reported at 64 Ohio St.3d 252, 594 N.E.2d 959. On motions for rehearing and for leave to file additional authority. Motions denied.

**91–1933.** State v. Mosley. *Montgomery County*, No. CA 11824. Reported at 62 Ohio St.3d 1488, 582 N.E.2d 613. On motion for rehearing. Rehearing denied.

**91–2465.** Chifu v. Belgrade Gardens, Inc. *Summit County*, No. 15035. Reported at 63 Ohio St.3d 1431, 588 N.E.2d 131. On motion for rehearing. Rehearing denied.
RESNICK, J., dissents.

**92–46.** State v. Bivens. *Licking County*, No. CA–3430. Reported at 64 Ohio St.3d 1427, 594 N.E.2d 969. On motion for rehearing. Rehearing denied.

**92–696.** Am. Energy Serv., Inc. v. Lekan. *Ashland County*, No. CA–986. Reported at 64 Ohio St.3d 1431, 594 N.E.2d 972. On motion for rehearing. Rehearing denied.

**92–725.** Mace v. Sears Roebuck & Co. *Hamilton County*, No. C–900398. Reported at 64 Ohio St.3d 1432, 594 N.E.2d 972. On motion for rehearing. Rehearing denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–763.** State v. Pecsi. *Summit County*, No. 15082. Reported at 64 Ohio St.3d 1429, 594 N.E.2d 970. On motions for rehearing and for leave to supplement the record. Motions denied.

**92–924.** State v. Blevins. *Cuyahoga County*, No. 58081. Reported at 64 Ohio St.3d 1426, 594 N.E.2d 968. On motion for rehearing. Rehearing denied.

**92–980.** Studer v. Auglaize Cty. Mun. Court. In Prohibition. Reported at 64 Ohio St.3d 1427, 594 N.E.2d 969. On motion for rehearing. Rehearing denied.

**92–1098.** Sales Consultants v. Buehler Lumber Co. *Cuyahoga County*, No. 62613. Reported at 64 Ohio St.3d 1434, 595 N.E.2d 943. On motion for rehearing. Rehearing denied.

**92–1148.** State ex rel. Stern v. Olivito. In Prohibition. Reported at 64 Ohio St.3d 1427, 594 N.E.2d 969. On motion for rehearing. Rehearing denied.
SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**92–1279.** State ex rel. Henderson v. Lake Cty. Bd. of Elections. In Mandamus. Reported at 64 Ohio St.3d 1426, 594 N.E.2d 968. On motion for rehearing. Rehearing denied.

# DISCIPLINARY DOCKET

**91–2165.** Toledo Bar Assn. v. Lubitsky. On response to show cause order. Gerald S. Lubitsky is found in contempt.
DOUGLAS and RESNICK, JJ., not participating.